UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:16-CR-51-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TERRY DONNELL HARRISON | ORDER |

On motion of the Defendant, Terry Donnell Harrison, and for good cause shown, it is hereby ORDERED that the Motion at Docket Entry #25 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney, Counsel for the Defendant, and the United States Probation Officer.

IT IS SO ORDERED.

This the 23 day of January, 2017.

TERRENCE W. BOYLE
United States District Judge