UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:16-CR-51-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| TERRY DONNELL HARRISON | |

This matter comes before the Court on Defendant's Motion for an order permitting him to file under seal the previously filed Sentencing Memorandum. For good cause shown, the Motion is hereby GRANTED, and it is ORDERED that Defendant's Sentencing Memorandum be filed under seal with the Clerk of Court.

SO ORDERED.

This the 11 day of July, 2017.

The Honorable Terrence W. Boyle
United States District Judge