UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:16-CR-51-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TERRY DONNELL HARRISON | MOTION TO WITHDRAW AS<br>COUNSEL OF RECORD |

COMES NOW the Office of the Federal Public Defender and hereby respectfully moves this Court for an Order allowing said attorney to withdraw as counsel of record for Terry Donnell Harrison. Undersigned counsel was appointed as counsel of record on a limited basis pursuant to Standing Order 19-SO-3. After a thorough review of Mr. Harrison's case file for First Step Act issues, including contemporaneous notice to the defendant of undersigned's analysis and conclusions, the undersigned does not intend to present any motions before the Court.

WHEREFORE, the Office of the Federal Public Defender respectfully moves this Court for an Order allowing said attorney to withdraw as counsel of record for Terry Donnell Harrison.

Respectfully requested this 27th day of December, 2019.

G. ALAN DUBOIS
Federal Public Defender

*/s/ Laura S. Wasco*
LAURA S. WASCO
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Laura_Wasco@fd.org
N.C. State Bar No. 34885
LR 57.1 Counsel
Appointed

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

ROBIN PENDERGRAFT
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
USANCE-FIRSTSTEPACT2018@USDOJ.GOV

by electronically filing the foregoing with the Clerk of Court on December 27, 2019, using the CM/ECF system which will send notification of such filing to the above and/or by email; and

TERRY DONNELL HARRISON
REG # 62653-056
USP HAZELTON
U.S. PENITENTIARY
P.O. BOX 2000
BRUCETON MILLS, WV 26525

by depositing a copy of the foregoing in the U.S. mail.

This the 27th day of December, 2019.

*/s/ Laura S. Wasco*
LAURA S. WASCO
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Laura_Wasco@fd.org
N.C. State Bar No. 34885
LR 57.1 Counsel
Appointed